AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: John O'Brien | | Telephone: (313) 226-9100 |
| Special Agent: Colleen Hobbins | | Telephone: (571) 362-1407 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Emmett Cook

Case No. Case: 2:21−mj−30445
Assigned To : Unassigned
Assign. Date : 9/22/2021
USA V. SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2021__ in the county of __Monroe__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 843(a)(5) | Possession of a punch, die, or other thing designed to print, imprint or reproduce the trademark, trade name, or other identifying mark |
| 21 U.S.C. § 843(a)(6) | Possession of a tableting machine, encapsulating machine, or equipment, chemical product, or material |
| 21 U.S.C. §§ 846, 841(a)(1) | Conspiracy to possess with intent to distribute a controlled substance |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

Colleen Hobbins Special Agent, DEA
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 22, 2021

_Judge's signature_

City and state: Detroit MI

Hon. Kimberly G. Altman, US Magistrate Judge
_Printed name and title_

# AFFIDAVIT

The undersigned, Colleen Hobbins, being duly sworn, states as follows:

1. Your Affiant is a Special Agent (SA) with the United States Drug Enforcement Administration (DEA), United States Department of Justice. As such, Your Affiant is an "investigative or law enforcement officer" within the meaning of Title 18, United States Code § 2510(7); that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18, United States Code, § 2516. I have been so employed since January 2018. I have participated in numerous investigations related to illegal drug trafficking and, among other things, have conducted or participated in surveillances, the execution of search warrants, debriefings of informants, and reviews of taped conversations. Your Affiant has attended schools and has been instructed in many aspects of narcotic investigation and is familiar with the narcotic laws promulgated under Title 21 of the United States Code, and federal money laundering laws promulgated under Title 18 of the United States Code. This Affidavit is made in support of an application for a criminal complaint and warrant to arrest Emmett COOK, Date of Birth: XX/XX/1997, for the following a violations of: possession of a punch, die, or other thing designed to print, imprint or reproduce the trademark, trade name, or other identifying mark, imprint or device of another or any likeness of any of the foregoing on any drug or container or labeling thereof so as to render such drug a counterfeit substance in violation of Title 21, United States Code, §§ 843(a)(5) possession of a tableting machine, encapsulating machine, or equipment, chemical product, or material in violation of Title 21, United States Code, §§ 843(a)(6); and conspiracy to possess with intent

to distribute a controlled substance in violation of Title 21, United States Code, § 846 and § 841(a)(1), (b)(1)(C).

2. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that Emmett COOK has violated the above listed offenses.

3. The facts in this affidavit come from my personal observations, participation in this investigation, training and experience, review of records and reports, and information obtained from other agents/officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4. On June 9, 2021, investigators received notification from the DEA Diversion Control Import/Export Section of a suspicious transaction related to a tableting machine that had been purchased and was to be shipped to an address located within the DEA Detroit Field Division's Area of Responsibility. The tableting machine was a Model TDP 5, being sold by and shipped from LFA MACHINES DFW LLC (LFA), in Fort Worth, Texas, 76111. LFA's website describes the TDP 5 as capable of producing up to 4,800 tablets per hour. The TDP 5 is also listed as being able to press tablets of any shape, having easy to change tooling, and being easily transportable.

5. Emmett COOK was listed as the intended recipient of this tableting machine, with an address listed as 9XX W. Front St. Monroe, MI 48161. In documents provided by LFA in response to the Administrative

Subpoena, the TDP 5 tableting machine ordered by COOK was being shipped via FedEx to the 9XX W. Front Street, Monroe, Michigan.

6. COOK provided cellular telephone numbers and an email address at the time of the purchase of the pill press machine. According to the records provided by LFA, COOK listed his phone number as (313) XXX-XXXX on his order and an e-mail account was also linked to his order: XXXXXXcookXX@gmail.com. (full phone number and email address known to Affiant).

7. At approximately 1:03 pm, DEA surveillance observed a FedEx Freight truck arrive and park in the street west of 9XX W. Front Street. DEA had previously confirmed that the Tableting Machine ordered by Emmett COOK was located on the FedEx Box Truck. At approximately 1:07 pm, surveillance observed two black females, later identified as Judy Rocker, (COOK's grandmother) and Roslynn Rocker (COOK's mother) exit the house on Front Street and stand on the porch. At approximately 1:12 pm, the FedEx driver used a pallet jack to drop a large square package in the driveway of the residence.

8. Roslynn Rocker was observed signing for the crated item. Investigators later learned that "Emmett C." was noted as the recipient of the package. Based upon the size of the package, the delivery information received from LFA Mfg. and FedEx, as well as a review of the signed delivery paperwork, investigators believed that the package delivered on June 21, 2021 was the Model TDP 5 pill press.

9. Roslynn Rocker, walked off the porch and to the package while on the phone, walked around it, and then returned into the residence at approximately 1:15 pm.

10. At approximately 2:20 pm, a black Mustang, registered to Manuel Oquendo MENDEZ Jr. and Oquendo Javier MENDEZ, arrived at the Front St. address. An individual later identified as Oquendo MENDEZ, exited the driver's seat and attempted to pick up the package. A female, later identified as Michelle KOPNITSKY, exited the passenger seat and attempted to help lift the package with MENDEZ. KOPNITSKY and MENDEZ were unsuccessful. At approximately 2:23 pm, Affiant observed KOPNITSKY and MENDEZ return to the Mustang and depart.

11. At approximately 3:05 pm, a grey Dodge Ram Truck bearing Michigan license plate EGZ1715, registered to Christopher Thompson, pulled into the driveway at the Front St. address. Surveillance observed MENDEZ exit the truck, put down the truck bed door and move the truck bed cover. A white male, later positively identified as Christopher Thompson, exited the driver's side of the Ram. Surveillance observed THOMPSON and MENDEZ carry the package to the Ram truck. The Ram departed the area and surveillance followed.

12. At approximately 3:21 pm, investigators observed the Ram reverse into the driveway of 30XX 2nd Street, Monroe, MI with the tailgate backed up to the front porch. At approximately 3:31 pm, investigators observed THOMPSON help unload the package that had been transported from Fronts St. from the Ram.

13. On June 23, 2021, the Honorable Elizabeth A. Stafford, United States Magistrate Judge, Eastern District of Michigan, authorized a federal search warrant for the residence of 30XX 2nd Street, Monroe, MI. On June 24, 2021, investigators executed the warrant. During the search, investigators seized the TPD 5 Pill Press (still inside the packaging observed on surveillance), suspected counterfeit Xanax, Adderall and several baggies

4

of powdery white substances.  At the date of this complaint, DEA laboratory results have found two baggies of powdery substance to be cocaine. Both Oquendo MENDEZ and Michelle KOPNITSKY were present during the execution of the search warrant. MENDEZ advised agents that he had been directed by COOK to transport the package to their house.

14. On June 15, 2021, law enforcement databases searches revealed COOK had received two international deliveries in 2021. One manifested as "plastic bags" with a value of $100 and weight of 4.4 kilograms on January 7, 2021 and a second manifested as "pulsator" with a value of $20 and weight of .29 kilogram on June 2, 2021. Both deliveries were sent to COOK at a residential address, 7XX S. Roessler, Monroe, MI 48161 and telephone number (313) XXX-XXXX (Same telephone number as provided to LFA but COOK's updated home address which is different than what was submitted to LFA). The "pulsator" was shipped from Chengfei Electronic Co. 10Dong11 3333HAO, Shanghai, 200072, China (Mainland).

15. On June 28, 2021, at approximately 11:23 am, DEA investigators and the Monroe Police Department assisted Michigan Department of Corrections (MDOC) Probation Agent, Robert Banks with an MDOC Probation search of 7XX S. Roessler St., Monroe, MI and interview of Emmett COOK.

16. During the investigation, DEA learned that a previous shipment from China that had been delivered to COOK's address originated from a company that distributed pill press dies that could be used produce counterfeit, controlled substance pills.  Based upon that information, COOK was questioned about any pill dies he possessed. After misleading investigators about the current whereabouts of a "gg" die, COOK ultimately

told investigators that he threw away his illegally obtained prescription pill bottles and took the TDP 5 dies to his mother's house (9XX W. Front Street, Monroe, MI) and threw them toward the river.

17. COOK stated that he intended to put the pill press in his mother's basement (9XX W. Front Street). COOK stated he had the press delivered to his mom's house but because he was out of town and FedEx left it outside, COOK asked his cousin (MENDEZ) to pick up the press.

18. COOK agreed to assist investigators in going to look for the pill press dies at his mother's residence.

19. At approximately 1:28 pm, COOK and investigators arrived at 9XX W. Front Street. Your Affiant introduced herself to Roslynn Rocker who was outside the residence and requested permission to look in her backyard with her son (Emmett COOK). Rocker granted permission and walked with investigators up the driveway toward the river. While looking near the river, COOK indicated his mother's neighbor "Denis", later identified as Denis Jay Meharg, may have picked up the dies and COOK asked Rocker to ask "Denis". Rocker and SA Hobbins contacted Meharg and asked him if he had found any metal by the water. Meharg indicated he had found something and walked into the basement area of his home. Investigators remained outside in the driveway.

20. Meharg later exited from the basement and produced two (2) dies for a pill press which were seized by DEA agents. The dies were for GG249 (aka Alprazolam/Xanax) and m523 and 10/325 (aka Acetaminophen and Oxycodone Hydrochloride/Percocet). The way the dies were manufactured would have allowed them to press a pill that would have been imprinted with markings that made the pill appear to be a commercially produced controlled substance.

6

21. Based upon the foregoing, there is probable cause to believe Emmett COOK has knowingly violated possession of a punch, die, or other thing designed to print, imprint or reproduce the trademark, trade name, or other identifying mark, imprint or device of another or any likeness of any of the foregoing on any drug or container or labeling thereof so as to render such drug a counterfeit substance in violation of Title 21, United States Code, §§ 843(a)(5) possession of a tableting machine, encapsulating machine, or equipment, chemical product, or material in violation of Title 21, United States Code, §§ 843(a)(6); and conspiracy to possess with intent to distribute a controlled substance in violation of Title 21, United States Code, § 846 and § 841(a)(1), (b)(1)(C).

22. Accordingly, this Affiant respectfully requests that this Court issue a complaint and arrest warrant.

_____
Colleen Hobbins
Special Agent, DEA

Sworn to before me and signed in my presence
and/or by reliable electronic means.
_____
Hon. Kimberly J. Altman
Magistrate Judge, United States District Court
Eastern District of Michigan
Detroit, Michigan
   Dated:  September 22, 2021

7